# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Elizabeth A Tarpley,

Plaintiff(s),

v.

City Colleges of Chicago,

Defendant(s).

Case No. 14-cv-6712
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: It is hereby ordered that summary judgment is entered in favor of Defendant, City Colleges of Chicago and against Plaintiff, Elizabeth A. Tarpley.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for summary judgment.

Date: 8/22/2017                    Thomas G. Bruton, Clerk of Court

                                   Rhonda Johnson, Deputy Clerk