# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 6, 2017

**To:**　Thomas G. Bruton
　　　　Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-3302
>
> Caption:
> ELIZABETH A. TARPLEY,
> Plaintiff - Appellant
>
> v.
>
> CITY COLLEGES OF CHICAGO,
> Defendant - Appellee

> District Court No: 1:14-cv-06712
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Sara L. Ellis
> Date NOA filed in District Court: 11/05/2017

If you have any questions regarding this appeal, please call this office.